# EXHIBIT Q

Chris Roberts
P.O. Box 34
Sauquoit, N.Y. 13456
315-272-6897

Oneida County Executive
Anthony J. Picente Jr.
10 th floor
800 Park Avenue
Utica, N.Y. 13456
Email : ce@ocgov.net

Ref: Notice Cease and Desist Immediately, Notice for Opportunity to Cure, Notice of Claim

Dear Anthony,

     I am contacting you to inform you that your current policy being enforced by your County employees at all public buildings in the County is outright illegal and will **NOT** be tolerated from this point forward. Those open public buildings are "public accommodations" where employees under your direction are enforcing a policy of discrimination and are committing crimes against, We The People. Those policies that will not be tolerated are face mask/shields, unwanted medical tests(temperature checks or COVID tests.)

     At the beginning of this scamdemic the FDA's Classification for the Face Mask was a medical device. According to federal law, face masks are "devices" which are "intended to prevent disease" [per U.S. Code Title 21. FOOD AND DRUGS; Chapter 9. FEDERAL FOOD, DRUG, AND COSMETIC ACT; Subchapter II, DEFINITIONS; §321, Definitions; generally: "(h) The term 'device'... means an instrument, apparatus, implement... or other similar or related article... (2) intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of disease...."]. Furthermore, face masks undeniably restrict a person's breathing, decrease a person's oxygen intake, increase the levels of carbon dioxide within the body, and cause other detrimental physiological changes. The Occupational Safety and Health Administration (OSHA)—the federal agency responsible for protecting workers' health and safety— requires that before employees can be asked to wear a face mask in the workplace, they must first be evaluated by a medical professional for "fitness." Obviously, this common-sense precaution is not being observed by court employees who demand that We The People wear a face mask. Under New York State law, the "unauthorized practice" of a licensed profession (i.e., medicine) is a Class E Felony and is punishable by up to four years in prison.

     Certain COVID-19 medical products and devices are regulated under HHS federal law 21 USC 360bbb-3. This law is for products that have emergency use authorization, otherwise known as EUA. At this present moment face masks, COVID testing, and all COVID vaccines are EUA products. 21 USC 360bbb-3 comes with some legally binding conditions. In particular, **you have to inform people that they can refuse** these products in section (e)(1)(ii)(III), this is important. People have the legal right to not wear a mask, be subjected to testing, or be vaccinated, and you are obligated to tell them so.

     Keep in mind that we also have laws against Coercion (NYS 135.6). This law basically states it is a crime for anyone to use threats of violence or fear and intimidation, especially by impersonating the law, in order to get someone to do something that they have the legal right not to do (like wear a

mask or get tested or vaccinated). It is also a crime for anyone to use threats of violence or fear and intimidation, especially by impersonating the law, in order to get someone to not do something that they have the legal right to do (like access open courts, courts that are open to the public and school board meetings ,). An example of coercion would be telling a person that they are "breaking the law" if they don't wear a mask or take a medical test or show proof of vaccination to enter a place of public accommodation. Or by saying we will have you arrested for trespass if you refuse to wear a mask take a test or show proof of vaccination. Who is the owner of that open Court Room or public school or County Office building, We The People. Coercion is a Class A misdemeanor.

Also, if you don't follow the codes of conduct in 21 USC 360bbb-3, failing to inform people that they can refuse these things, then technically you aren't participating in EUA. In this scenario you're just practicing medicine without a license (Title 8 article 130 sub article 1 section 6503) and that has its own negative consequences. If you ask someone to leave for no other reason than not wearing a mask, you're also committing several civil violations related to discrimination in commerce. Additionally in the instance of healthcare workers they took an oath never to coerce anyone into making any medical decisions.

New York State commissioner of Health issued a requirement to require face masks to be worn indoors. If that is to be enforced where is the Due Process? In light of the arguments and laws cited here please inform all court employees and everyone who also works in the buildings, where they are enforcing this illegal policy, of the laws they may be breaking. Secondly they would be participating in a crime, 18 USC section 241 and 242- Deprivation of rights under color of law. You have been warned and it is your responsibility to immediately notify everyone under your authority, otherwise consider it gross negligence from this point forward, in addition to whatever crimes your employees commit.

People in a cults have complex psychological and emotional reasons for being there. Usually people in cults are drawn to them because there is a sense of belonging and a sense of security and a sense of life meaning within a cult. So there are "good" reasons why they want to be accepted by the cult. In the bargain to be accepted they must give up their ability to critically think. They also forfeit their ability to make decisions in their life based on what they experience in life and what they think about it. So when the cult leader says (Dr. Fauci, Jim Jones) this is the way reality is, that is what they believe. All cults end in suicide or other tragedy. It is anti-human to not believe your own instincts and not be able to think and make decisions. But this is how cult leaders want you to live your life. Again, the mind set of the cult is extremely difficult to challenge because it fills certain needs like belonging, security, and other human emotional needs. The current social climate is very discouraging because we find ourselves at odds with a strong cult mentality. Large portions of the world population are experiencing what is almost a type of hypnosis with a singular point of focus. A singular narrative where legitimate questions are considered extreme threatening heresy by the cult.

What is really happening? Klaus Schwab calls it the Fourth Industrial Revolution, The Great Reset. Klaus Schwab is a leading voice of the World Economic Forum. The world Economic Forum has created an interactive website showing exactly how global governance, corporate governance, blockchain, new digital economy, and digital society will take place. They have planned this new financial and monetary system to be brought in by a fake COVID-19 virus.

Klaus Schwab describes these technologies as "can intrude into the in-hitherto private space of our minds, reading our thoughts and influencing our behavior." Graphene oxide is used to set up an artificial Neural network that replaces the natural neural network. Graphene oxide can in the neural network can be remotely stimulated wirelessly using 4G, 5G, and the upcoming 6G.

If you go to laquintacolumna.net you can see for yourself the synopsis of more than 20,000 hours of research which provides unequivocal evidence of the presence of reduced graphene oxide. This reduced graphene oxide has been found as the main component in samples of Astra Zeneca, Moderna, Pfizer, and Janssett vaccines. They also provide research that proves nanotechnology is also present in the vaccines. This explains how some of the vaccinated emit a mac address that can be registered with bluetooth technology.

Your body will try to eliminate this toxin through your lungs. If graphene oxide is irradiated by 4G or 5G while in the lungs, the tissue will become inflamed and will express itself as bilateral pneumonia, you will diagnosed as having COVID. Overtime your body will natural degrade Graphene Oxide by neutralizing antibodies. This would be the reason that they need to keep injecting you with the graphene oxide, hence go get your booster. Graphene oxide has also been found in the 2019 and 2020 flu vaccines. I'm curious, how do all the deaths in the nursing homes correlate between the flu vaccines and the signal strength of the 4G and 5G systems at the homes.

Lets talk about how the cares act is paying bonus payments to hospitals for Covid patients and procedures. Center for Medicare and Medicaid services are waiving patients rights. This is a deadly combination for creating a method to murder people. The elite are laughing at you , the **omicron** variant is for the **moronic**. Don't you see yet? The same letters for the two words, wake up.

This all works by hospitals receiving payments because they offer free COVID tests in the emergency rooms or demand one must be taken before medical service are provided. Then they get a payment for the diagnosis of COVID. The Hospitals all receive a bonus payment if they admit a COVID patient, put the patient on Remdesivir, put them on mechanical ventilator, place COVID diagnosis on death certificate, and they give a bonus to the coroners for COVID patients. For a patient from the beginning of admittance to death, The Hospitals bonus come to around $100,000.

Graphene enhanced radiation syndrome more than likely is what caused the majority of deaths in the nursing homes in 2020 amongst the elderly. Pay attention, they don't plan on giving you any of your retirement benefits. They plan on killing you and you are gladly helping them. Your friend, Klaus Schwab says, "you will own nothing, and you'll be happy."

The World Bank on its own website had documents that showed the World Bank had funded and planned to carry out the COVID fraud until March 31,2025, then the SPARS pandemic from 2025 – 2028 with a fake Marburg/Ebola virus. All of this to keep pumping the population full of the tech to meet their 2030 goal.

The conspirators of this genocide outlined their plans in the document, Operation Lockstep, in 2010 by the Rockefeller Foundation. The document talks about using a pandemic to form a world of tighter top down government control and more authoritarian leadership with limited innovation and growing citizen pushback. They also held a planning event called Event 201. The Johns Hopkins Center for Health Security in partnership with the World Economic Forum and the Bill and Melinda Gates Foundation hosted Event 201, a high-level pandemic exercise on October 18, 2019, in New York, NY. The exercise illustrated areas where public/private partnerships will be necessary during the response to a fake pandemic in order to destroy the economies and socially engineer society.

Stefan Lanka, One of the worlds top scientist in Virology, has conduct ed a three phase control experiment that scientifically proved without a doubt that fraudulent virology cell culture

procedure(what they call Isolation of the virus) produces meaningless virus particles. This whole conspiracy is part of the U.N. Agenda 2030, and its goal is to setup this Trans-human, digital surveillance, technocracy, and surveillance Capitalism industry which relies on People's fear of a fake virus to inject this technology into everyone. What pandemic are you violating my unalienable rights for? I will give you a short list of years followed by their respective Death rates per 1000 people in the world. This represents all cause mortality, meaning the total of people who died regardless of the cause of death. 2022-7.678, 2021-7.645, 2020-7.612, 2019-7.579, 2008-8.045, 2001-8.583, 1970-12.98, 1960-16.876, and 1950-20.15. The only pandemic that exists, is one created by those who swore an oath to uphold the Constitution of the United States, they have violated it, and are conspiring with internationalist to enslave humanity, Treason.

If you use observation and critical thinking you will come to the conclusion that there is no SARS-COV2 Virus yet proven to exist. If you examine the evidence and are willing to think for yourself, you will come to the same conclusion. This isn't an intellectual conundrum, this is a problem of deciding or choosing not to think.

People's first response is how could all the virologists be wrong, how could all these biologists be wrong. But that response is a tacit admission that you are not willing to think. I'm deciding based on a consensus or vote that because 98 percent of virologists say it is, so therefore I believe it then. It must be true, this is an Admission that you are not willing to understand the logic, reason, and facts, I'm not willing to think. If that is what virology says then I believe it to be true.

The question remains how could they all be wrong. The answer is, if you start with a false assumption you end up with a false conclusion. We could keep going this way, just remember where all cults end up, in tragedy, death, destruction, and that is where we are heading.

All cults take away your family connection, shame you, isolate you, so it becomes more important to belong than to think. They do this because it is hard to get people not to think, because thinking is a **Spiritual(Religious)** activity for one to see the world for what it is. But we loathe to give that up. And most will use blame, shame, threats, isolation, fear, all the strategies which are being done to the population in spades and thus far has been successful. Hence that is the world wide pandemic. It is irrational scientific thinking to say because a lot of people are sick, it has to be a virus.

American Jurisprudence says," The free exercise of religion includes the right to believe and profess whatever religious doctrine one desires. The government may not compel any affirmation of religious belief, punish the expression of religious doctrine it believes to be false. Under the constitution, individuals cannot be excluded from the practice of law or from following any other calling simply because they belong to any religious group. The First Amendment was added to the Federal constitution to stand as a guarantee that neither the power nor the prestige of the Federal Government would be used to control, support, or influence the kinds of prayer the American people can say. That the people's religions must not be subjected to the pressures of government for change each time a new political administration is elected to office. The free exercise clause withdrawals from legislative power, both state and federal, the exertion of any restraint on the free exercise of the individual by prohibiting any invasions thereof by civil authority; hence, it is necessary in a free exercise case for one to show the coercive effect of an enactment as it operates against him or her in the practice of religion. The door of the free Exercise Clause is tightly closed against any governmental regulation of religious beliefs as such."

Your COVID measures violate almost all of the tenets of my religion. You would rather violate my religious rights and live in delusion about something that has never been proven to exist. There are more than 165 health institutions around the world that include the CDC, NIH, NYS DOH, Oneida County DOH, that have said that they have no record of SARS-COV2 being purified from a specimen taken directly from a human. https://www.fluoridefreepeel.ca/fois-reveal-that-health-science-institutions-around-the-world-have-no-record-of-sars-cov-2-isolation-purification/

Please keep in mind that there are two elements to Trespass, one being criminal intent. There is no criminal intent for someone trying to exercise their right to seek redress for all the damage done to them by elected and appointed officials, using the open court system, a public accommodation, without wearing a mask (ritualistic shame muzzle). You took an Oath to the constitution before assuming office and your Surety Bond or Official Undertaking or Blanket insurance policy assures that. WAKE UP and TAKE OFF THAT MASK, question COVID.

I, a man; further give notice to man; Anthony J. Picente Jr., that I reserve all my rights to file Criminal Complaints for any actions that are found to be non – compliant with:

- 18 U.S. Code section 241 – Conspiracy against rights;
- 18 U.S. Code section 242 – Deprivation of rights under color of law;
- 18 U.S. Code section 1001 – False statements or Entries Generally;
- 18 U.S. Code section 247 – Obstruction of persons in free exercise of religious beliefs;
- 18 U.S. Code section 514 – Fictitious obligations
- 18 U.S. Code section 912 – False Impersonation: Officer or Employee of the United States
- 18 U.S. Code section 245 – Federally protected activities
- 18 U.S. Code section 246 – Deprivation of religious beliefs
- 18 U.S. Code section 1031 – Major Fraud against the United States
- 18 U.S. Code section 2331 – Acts of Domestic Terrorism
- 18 U.S. Code section 2339 – Conspiring to commit acts of Terrorism
- 18 U.S. Code section 2384 – Seditious Conspiracy
- 15 U.S. Code section 1 -3 - Conspiring to Criminal Commercial Activity

I, Christopher A. Roberts, a living man, and all like minded individuals in this County, further give notice to every man or woman conducting business as a member of the uniformed services and interested parties; that if it is discovered that they have played a role in any of the issues listed above, or they are found to be parties claiming to possess either interest, authority, right, power, or jurisdiction, involving I, a man; and my property. I, a man: Christopher Roberts, reserve all rights to pursue Administrative, Civil, and Criminal remedies against each of them, in their individual capacities as men and women, for their roles and actions in Trespassing and Administering my property without right; and for the deprivation of my rights, privileges, and immunities, secured and protected by the Constitutions and Laws.

I need to access the County Clerk's office now for different reasons then the other day when my rights were violated. I will be trying again to access the Oneida County Office building. What would you call it from stopping someone from accessing their rights to the courts? What charges would relate? You will find out abruptly if I'm not allowed to enter that building and conduct my business. Govern yourself accordingly. For everyday from February 6, 2022 that a public official violates my right to assemble in a public places there will be a $10,000 fee assessed per day for not allowing me access in addition to any other fees acquired from public employees violating my rights. I may just call to see if you have stopped your policy of discrimination, if it is still in place the fee will be assessed.

Dated : February 6, 2022

____________________
Christopher A. Roberts

P.S. If Graphene Oxide or Graphene Hydroxide are in the vaccines and they are not found on the inserts given to recipients of the vaccines, how is that informed consent met. Are you bribing people with money for them to get boosters for products that the full ingredients are not disclosed? What kind of liability are you incurring for that? The Nuremberg Codes were written for a reason.